IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY WYNN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 21-cv-10029-CRB<br><br>**JUDGMENT** |

Having granted Defendant United Parcel Service, Inc.'s motion to dismiss, see Order (dkt. 56), the Court hereby enters judgment for Defendant and against Plaintiff Brittany Wynn.

**IT IS SO ORDERED.**

Dated: March 1, 2023

CHARLES R. BREYER
United States District Judge